IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FRANKIE HORA, *et al.*, :

    Plaintiffs,

v. : Case No. 3:18-cv-344

RICK RISNER, *et al.*, : JUDGE WALTER H. RICE

    Defendants. :

---

ORDER VACATING OCTOBER 12, 2021, TRIAL DATE

---

Given that Defendants William Wortman and Stephen Nelson have appealed this Court's Decision and Entry overruling their motion for summary judgment on qualified immunity grounds, Docs. ##52, 53, the Court VACATES the October 12, 2021, trial date. If necessary, a new trial date will be set following resolution of that appeal.

Date: July 14, 2021

                                                           */s/ Walter H. Rice*
                                                           WALTER H. RICE
                                                           UNITED STATES DISTRICT JUDGE