IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FRANKIE HORA, et al.,

    Plaintiffs,

vs.

RICK RISNER, et al.,

    Defendants.

Case No. 3:18cv344

JUDGE WALTER H. RICE

---

DECISION AND ENTRY DECLINING TO EXERCISE SUPPLEMENTAL JURISDICTION OVER STATE LAW CLAIMS; STATE LAW CLAIMS DISMISSED WITHOUT PREJUDICE TO REFILING IN A STATE COURT OF COMPETENT JURISDICTION PURSUANT TO OHIO LAW; TERMINATION ENTRY

---

The Perry Township Defendants are no longer parties to this litigation. With their dismissal, by means of settlement at the appellate court level, all federal law claims asserted by Plaintiff have been resolved, leaving only state law claims upon which Plaintiff asked this Court to exercise Supplemental Jurisdiction.

Upon due consideration of the request of the remaining parties to this litigation, this Court declines to exercise Supplemental Jurisdiction over the remaining claims, all of which sound in state law. Accordingly, this Court dismisses state claims, without prejudice to refiling in a state court of competent jurisdiction, in accordance with state law.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

January 7, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record